# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Eugene Jones,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Carla Hacker-Agnew, et al.<br><br>　　　　　Respondents. | No. CV-18-03557-PHX-SRB(DMF)<br><br>**ORDER** |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on October 25, 2018 raising four grounds for relief: 1) a due process violation; 2) ineffective assistance of trial counsel because counsel did not advise him of a plea offer; 3) that superior court did not consider the sentencing memorandum or a mitigation report prior to sentencing him; and 4) that his sentence was inequitable and contrary to "the mandate issued to the U.S. Sentencing Commission by Congress in the 1980's. Respondents filed their Response to Petitioner's Petition for Writ of Habeas Corpus on December 31, 2018. No reply was filed. On August 19, 2019, the Magistrate Judge issued her Report and Recommendation recommending that the petition be denied and dismissed with prejudice.

In her Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

**IT IS FURTHER ORDERED** denying the Petition for Writ of Habeas Corpus and dismissing it with prejudice.

**IT IS FURTHER ORDERED** denying any Certificate of Appealability and leave to proceed in forma pauperis on appeal because the petition is justified by a plain procedural bar and reasonable jurists would not find the procedural ruling debatable and because Petitioner has not made a substantial showing of the denial of a constitutional right.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 11th day of September, 2019.

_____
Susan R. Bolton
United States District Judge